IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBRA L. BERRY,<br><br>    Plaintiff,<br><br>V.<br><br>JO ANNE BARNHART,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. H-05-092<br>§<br>§<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting the Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge signed and entered on October 6, 2006, which Memorandum is adopted in its entirety as the opinion of this Court, Plaintiff's Motion for Summary Judgment (Document No. 21) is GRANTED, Defendant's Motion for Summary Judgment (Document No. 19) is DENIED, and this matter is REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this 28TH day of November, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE